# DIAMOND FOUNDRY

John T. Shaban, Esq.
Levine & Levine PLLC
2 Jefferson Plaza | Suite 100
Poughkeepsie, New York 12601

Dec.11. 2019

**Civil Action No. 19-cv-6468**

Dear Mr. Shaban:

We request removing Diamond Foundry Inc. from the above matter for the following reason: IceRings LLC is the owner of all ICE related assets, agreements, and obligations.

We hereby confirm that Diamond Foundry Inc. is a passive minority investor in IceRings LLC but we neither hold a board seat nor a controlling stake nor participate in any management decisions.

Hope this helps. Sincerely,

Martin Roscheisen
CEO. Diamond Foundry Inc.

D FOUNDRY
965 TERMINAL WAY
SAN CARLOS, CA 94070

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1640 0001 6896 5841

USPS

UNITED STATES
POSTAL SERVICE®

1000

11201

U.S. POSTAGE PAID
FCM LETTER
SOUTH SAN FRANCISCO, CA
94080
DEC 23 '19
AMOUNT
$4.05
R2305H130842-05

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA E.
BROOKLYN, NY 11201



FOREVER
USA

Barn Swallow

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 2 6 2019 ★

BROOKLYN OFFICE

FSC
MIX
Envelope
FSC® C137131

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST...